# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| TAMALA MASTERS, | : | Case No. 3:14-cv-337 |
| Plaintiff, | : | Judge Thomas M. Rose |
| v. | : | |
| CAROLYN W. COLVIN,<br>Commissioner of the Social<br>Security Administration, | : | |
| Defendant. | : | |

## ENTRY AND ORDER ADOPTING REPORT AND RECOMMENDATIONS
## (DOC. 28)

The Court has reviewed the Report and Recommendations (Doc. 28) of United States Chief Magistrate Judge Sharon L. Ovington, to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations (Doc. 28). Accordingly, the Court rules as follows:

1. Plaintiff's Motion for an Award of Attorney Fees Under the Equal Justice Act, 28 U.S.C. § 2412(d) (Doc. 25) is **GRANTED**;

2. The Commissioner is **ORDERED** to pay Plaintiff's attorney fees and costs in the total amount of $6,913.77; and

3. This case remains terminated on the docket of this Court.

**DONE** and **ORDERED** in Dayton, Ohio, this Wednesday, December 7, 2016.

s/Thomas M. Rose
_____
THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE